AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▾

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| SHOE TIME INTERNATIONAL, INC., et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   1:26-cv-25408-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shoe Time International Inc.
2124 SW 185th Ave.
Miramar, Florida 33029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Elizabeth B. Honkonen (FBN 0149403)
SPERLING KENNY NACHWALTER, LLC
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 11, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida 🔽

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | ) <br> ) |
| SHOE TIME INTERNATIONAL, INC., et al. | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

Civil Action No.    1:26-cv-25408-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> M Warehouses Inc.
> 2124 SW 185th Ave.
> Miramar, Florida 33029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Elizabeth B. Honkonen (FBN 0149403)
> SPERLING KENNY NACHWALTER, LLC
> Four Seasons Tower - Suite 1100
> 1441 Brickell Avenue
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Date:   Aug 11, 2026

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| SHOE TIME INTERNATIONAL, INC., et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.    1:26-cv-25408-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ShoeFad Inc.
> 2124 SW 185th Ave.
> Miramar, Florida 33029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Elizabeth B. Honkonen (FBN 0149403)
> SPERLING KENNY NACHWALTER, LLC
> Four Seasons Tower - Suite 1100
> 1441 Brickell Avenue
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Aug 11, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:26-cv-25408-DPG |
| SHOE TIME INTERNATIONAL, INC., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shoetime Online, Inc.
2124 SW 185th Ave.
Miramar, Florida 33029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth B. Honkonen (FBN 0149403)
SPERLING KENNY NACHWALTER, LLC
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Date:   Aug 11, 2026

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▾

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| SHOE TIME INTERNATIONAL, INC., et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   1:26-cv-25408-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> 7th Avenue Shoes, Inc.
> d/b/a Shoe Time # 1
> 15054 NW 7th Ave.
> Miami, Florida 33168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Elizabeth B. Honkonen (FBN 0149403)
> SPERLING KENNY NACHWALTER, LLC
> Four Seasons Tower - Suite 1100
> 1441 Brickell Avenue
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

Date:   Aug 11, 2026

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS,<br><br>*Plaintiff(s)*<br>v.<br>SHOE TIME INTERNATIONAL, INC., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:26-cv-25408-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Shoetime Hillsboro Inc.
> d/b/a Shoe Time # 17
> 2525 E. Hillsboro Ave., Suite 113
> Tampa, Florida 33610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Elizabeth B. Honkonen (FBN 0149403)
> SPERLING KENNY NACHWALTER, LLC
> Four Seasons Tower - Suite 1100
> 1441 Brickell Avenue
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 11, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▾

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| SHOE TIME INTERNATIONAL, INC., et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   **1:26-cv-25408-DPG**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Shoe Time # 80 Miami
> 7900 NW 27th Avenue, Suite #A-2/2A
> Miami, Florida 33147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Elizabeth B. Honkonen (FBN 0149403)
> SPERLING KENNY NACHWALTER, LLC
> Four Seasons Tower - Suite 1100
> 1441 Brickell Avenue
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

Date:  Aug 11, 2026

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| SHOE TIME INTERNATIONAL, INC., et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.    1:26-cv-25408-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Greenfield Shoes Inc.
> d/b/a Shoe Time # 24
> 14488 Greenfield Road
> Detroit, Michigan 48227

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Elizabeth B. Honkonen (FBN 0149403)
> SPERLING KENNY NACHWALTER, LLC
> Four Seasons Tower - Suite 1100
> 1441 Brickell Avenue
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Aug 11, 2026



**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida ▾

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS,<br><br><br><br>*Plaintiff(s)*<br>v.<br>SHOE TIME INTERNATIONAL, INC., et al.<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   **1:26-cv-25408-DPG**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Redford Shoes Inc.
> d/b/a Shoe Time # 14
> 26290 Eastgate Blvd.
> Roseville, Michigan 48066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Elizabeth B. Honkonen (FBN 0149403)
> SPERLING KENNY NACHWALTER, LLC
> Four Seasons Tower - Suite 1100
> 1441 Brickell Avenue
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Date:   Aug 11, 2026

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.    1:26-cv-25408-DPG |
| SHOE TIME INTERNATIONAL, INC., et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shoe Time of Winshester Inc.
d/b/a Shoe Time # 10
6492 Winchester Road
Memphis, Tennessee 38115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth B. Honkonen (FBN 0149403)
SPERLING KENNY NACHWALTER, LLC
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Aug 11, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:26-cv-25408-DPG |
| SHOE TIME INTERNATIONAL, INC., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Shoe Time # 22 Memphis
4657 American Way
Memphis, Tennessee 38118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth B. Honkonen (FBN 0149403)
SPERLING KENNY NACHWALTER, LLC
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 11, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida ▼

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No.    1:26-cv-25408-DPG |
| SHOE TIME INTERNATIONAL, INC., et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Waqas Malik
> 2124 SW 185th Ave.
> Miramar, Florida 33029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Elizabeth B. Honkonen (FBN 0149403)
> SPERLING KENNY NACHWALTER, LLC
> Four Seasons Tower - Suite 1100
> 1441 Brickell Avenue
> Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Aug 11, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court